```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

       OCT 20 2014

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | SA CR 14-392M |
| Najia Jalan | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __Wednesday_____, __Oct. 22, 2014__, at __9:00__ ☒ a.m. / ☐ p.m. before the Honorable __Jay C. Gandhi_____, in Courtroom __6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __10-20-2014__          _____ Jay C. Gandhi
                                U.S. District Judge/Magistrate Judge